## In re ACACIA MEDIA TECHNOLOGIES CORPORATION.

Acacia Media Technologies Corporation, Plaintiff–Appellant,

v.

Mediacom Communications Corporation, Bresnan Communications LLC, and Cebridge Connections, Defendants–Appellees,

and

Hospitality Network, Inc. and Coxcom, Inc., Defendants–Appellees,

and

Charter Communications, Inc., Defendant–Appellee,

and

The DirecTV Group, Inc., Defendant–Appellee,

and

Echostar Satellite LLC and Echostar Technologies Corporation, Defendants–Appellees,

and

Mid–Continent Media, Inc., U.S. Cable Holdings LP, Sjoberg's Cablevision, Inc., Savage Communications Inc., Loretel Cablevision, Cannon Valley Communications, Inc., and Arvig Communications Systems, Defendants–Appellees,

and

Comcast Cable Communications, LLC and Insight Communications Company, Inc., Defendants–Appellees,

and

CSC Holdings, Inc., Defendant–Appellee,

and

Armstrong Group, Wide Open West LLC, East Cleveland Cable TV and Communications LLC, and Massillon Cable TV Inc., Defendants–Appellees,

and

Block Communications Inc.,
Defendant–Appellee,

and

Game Link Inc., ACMP LLC, Cybernet Ventures Inc., Global AVS Inc., National A–1 Advertising INc., AEBN Inc., Ademia Multimedia LLC, Audio Communications Inc., Cyber Trend Inc., Innovative Ideas International Ltd. (D.B.A. Adult Revenue Services), Lightspeed Media Group Inc., New Destiny Internet Group LLC, and VS Media Inc., Defendants–Appellees,

and

ASKCS.Com Inc., Defendant–Appellee,

and

Offendale Commercial Limited BV, Defendant–Appellee,

and

International Web Innovations Inc., Defendant–Appellee,

and

Cable America Corp., Defendant–Appellee,

and

Cable One Inc., Defendant–Appellee,

and

NPG Cable Inc., Defendant–Appellee,

and

Time Warner Cable, Inc., Defendant–Appellee.

No. 2010–1081.

United States Court of Appeals, Federal Circuit.

Aug. 11, 2010.

Before LOURIE, Circuit Judge.

## ON MOTION

## ORDER

The DIRECTV Group, Inc. moves to strike the joint appendix. Acacia Media Technologies Corporation opposes. DIRECTV replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Acacia is directed to file a replacement appendix in compliance with Fed. R.App. P. 30 and Fed. Cir. R. 30 within 7 days of the date of filing of this order.